No. 397. RAMSEY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Charles H. Garnett* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Francis H. Horan* for respondent.

No. 398. ZUCKERKANDEL ET AL. *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioners. *Solicitor General Biggs* and *Mr. Harry S. Ridgely* for the United States.

No. 401. HARR, EXECUTOR, ET AL. *v.* PIONEER MECHANICAL CORP. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abraham Benedict* for petitioners. *Mr. Paxton Blair* for respondent.

No. 402. COLUMBO Co. *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Allen R. Brown* and *John Francis Gouch* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Lawrence* for the United States.

No. 403. MARVEL CARBURETOR Co. *v.* CARTER. October 16, 1933. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. George I. Haight* for petitioner. *Mr. Howard M. Brock* for respondent.